UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff**

                                                                          Case No.  **16-CR-3334-JAP**

    -vs-

**STEVEN ARCHULETA, and CHERYL SHEMAYME-ARCULETA,**

        **Defendants.**

## ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE

**THIS MATTER** is before the Court on defendant Cheryl Shemayme-Archuleta's opposed motion to modify conditions of release, filed on September 14, 2016.  Doc. 30.  Ms. Shemayme-Archuleta is seeking permission to travel to and be present at traditional dance ceremonies in the Picuris Pueblo from September 21 to September 26, 2016.  Both the government and the Ms. Shemayme-Archuleta's pretrial services officer oppose the modification.  *See* Doc. 30 at 2–3; Doc. 32.  The Court will deny defendant's motion.

The drive-by shooting that precipitated the indictment in this case took place within the Picuris Pueblo.  *See* Doc. 1; Doc. 32 at 1.  The Court ordered Ms. Shemayme-Archuleta's release to the La Pasada Halfway House with the express condition that she not travel outside of Bernalillo County, and that she avoid contact with any victims or potential witnesses to the offense charged in the indictment.  *See* Doc. 27 at 2.  The purpose of those conditions was to protect the Picuris Pueblo community and the victims who live in that area, as well as to assure that Ms. Shemayme-Archuleta does not compromise any witnesses to the alleged offense.

Allowing Ms. Shemayme-Archuleta to visit Picuris Pueblo for four days will not adequately protect the public, given the nature and location of the crime alleged in the indictment.

**IT IS THEREFORE ORDERED** that defendant Cheryl Shemayme-Archuleta's Opposed Motion to Modify Conditions of Release (Doc. 30) is denied.

DATED this 20th day of September, 2016.

_____
Laura Fashing
United States Magistrate Judge